

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-22-00441-CV

**IN THE INTEREST OF R.L.W., E.L.W., R.A.W. AND R.L.W.**, Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021PA01022
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The trial court signed a final appealable order on April 11, 2022. Because this is an accelerated appeal, the notice of appeal was due by May 1, 2022. *See* TEX. R. APP. P. 26.1(b). A motion for extension of time to file the notice of appeal was due by May 16, 2022. *See* TEX. R. APP. P. 26.3.

Appellant filed his notice of appeal on July 18, 2022. It appears appellant's notice of appeal was untimely. *See In re K.A.F.*, 160 S.W.3d 923, 927 (Tex. 2005) (holding "in an accelerated appeal, absent a rule 26.3 motion, the deadline for filing a notice of appeal is strictly set at twenty days after the judgment is signed, with no exceptions, and filing a rule 26.1(a) motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusions of law will not extend that deadline."); *see also In re G.S.*, No. 04-17-00237-CV, 2017 WL 2457052, at *1 (Tex. App.—San Antonio June 7, 2017, no pet.) (mem. op.) (noting "a motion for new trial will not extend the time to perfect an accelerated appeal."). "[O]nce the period for granting a motion for extension of time under Rule [26.3] has passed, a party can no longer invoke the appellate court's jurisdiction." *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26).

Because it appears the notice of appeal was untimely filed, we **ORDER** appellant to show cause why this appeal should not be dismissed for lack of jurisdiction **by August 8, 2022**. *See id*. If appellant fails to respond to this order by the date ordered, this appeal will be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3. All other appellate deadlines are suspended until further order of this court.

It is so **ORDERED** on this 29th day of July, 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court

